UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

SCOTT ALAN MASSEY,

       Plaintiff,

v.

HAGEN W. FRANK et al.,

       Defendants.

_____/

Case No. 1:19-cv-115

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A because it is frivolous and fails to state a claim.

Dated: March 11, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge